Gerry W. FOWLER, Sr.,
Plaintiff–Appellant,

v.

Timothy F. GEITHNER, Secretary
of the Treasury, Defendant–
Appellee.

No. 10–2338.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2011.

Decided: March 17, 2011.

Gerry W. Fowler, Sr., Appellant Pro Se. Mark Anthony Exley, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerry W. Fowler, Sr., appeals the district court's order granting Secretary Geithner's motion to dismiss Fowler's action for failure to state a claim for relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fowler v. Geithner*, No. 2:09–cv–00225–JBF–DEM (E.D.Va. Aug. 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*